# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR118-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RICHARD LEE SMITH ) | |

THIS MATTER is before the Court sua sponte to continue the sentencing hearing from the November 27, 2006, calendar.

IT IS, THEREFORE, ORDERED that this case is continued from the November 27, 2006, sentencing calendar and is hereby RESCHEDULED for hearing on TUESDAY, NOVEMBER 28, 2006, AT 11:00 AM, in Asheville, North Carolina.

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge